UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

PETER HUNSADER,

    Plaintiff,

v.                                        Case No: 8:12-cv-2080-T-27MAP

GREGG MELITA,

    Defendant.
_____/

## ORDER

**BEFORE THE COURT** is the Report and Recommendation (Dkt. 23) from the Magistrate Judge recommending that Defendant Melita's Motion for Costs (Dkt. 21) be granted in part and denied in part and that Defendant be awarded costs in the amount of $714.60. Neither party filed objections and the time for doing so has expired.

A district court may accept, reject or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). In the absence of specific objections, there is no requirement that factual findings be reviewed *de novo*, and the court may accept, reject or modify, in whole or in part, the findings and recommendations. § 636(b)(1)(C); *Garvey v. Vaughn*, 993 F.2d 776, 779 n.9 (11th Cir. 1993). Legal conclusions are reviewed *de novo*, even in the absence of an objection. *See LeCroy v. McNeil*, 397 Fed. App'x. 554, 556 (11th Cir. 2010) (citing *United States v. Warren*, 687 F.2d 347, 348 (11th Cir. 1982)); *Cooper-Houston v. S. Ry. Co.*, 37 F.3d 603, 604 (11th Cir. 1994).

After conducting a careful and complete review of the findings, conclusions, and recommendations, and giving *de novo* review to matters of law,

    1.     The Report and Recommendation (Dkt. 23) is **APPROVED** and **ADOPTED** for all

purposes, including for appellate review.

2. Defendant Melita's Motion for Costs (Dkt. 21) is **GRANTED** *in part* **and DENIED** *in part*.

3. The Clerk is directed to tax costs against Plaintiff Peter Hunsader in the amount of $714.60.

**DONE AND ORDERED** this 26th day of March, 2014.

JAMES D. WHITTEMORE
United States District Judge

Copies to: Counsel of record